1

2

3

4

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6

7   KEVIN L. WILLIAMS,

8           Plaintiff,                )
                                      )   NO.  CV-08-133-CI
9       v.                            )
                                      )
10   MICHAEL J. ASTRUE,               )   **JUDGMENT IN A**
     Commissioner of Social Security, )      **CIVIL CASE**
11                                    )
             Defendant.               )
12   _____)

13

14   **DECISION BY THE COURT:**

15       This action came to hearing before the Court.  The issues have been heard

16   and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that:
17
         Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion
18
     for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for
19
     Defendant.
20
         DATED this 3rd day of April,  2009.
21
                                      JAMES R. LARSEN
22                                    District Court Executive/Clerk

23                                    s/ L. Stejskal
                                      Deputy Clerk
24

25

26

27

28